UNITED STATES of America,
Plaintiff–Appellee,

v.

Javier Aramburo OSUNA,
Defendant–Appellant.

No. 07–50149.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 20, 2009.*

Filed Sept. 3, 2009.

Mark Childs, AUSA, USLA–Office of the U.S. Attorney Criminal Division, Los Angeles, CA, Arthur H. Weed, Santa Barbara, CA, Michael J. Raphael, Esq., for Plaintiff–Appellee.

Javier Aramburo Osuna, Los Angeles, CA, pro se.

Before: WALLACE, HAWKINS, and THOMAS, Circuit Judges.

---

MEMORANDUM **

Javier Aramburo Osuna appeals from his guilty-plea conviction and 151–month sentence for possession with intent to distribute a controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Osuna's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.